**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated, | |
| Plaintiff, | |
| vs. | Case No. 2:21-cv-2982 |
| CAPITAL ENERGY PA LLC D/B/A SUNRISE POWER & GAS and JOHN DOE CORPORATION | |
| Defendants. | |

## NOTICE OF RESOLUTION

Plaintiff Andrew Perrong ("Plaintiff"), for himself and on behalf of Capital Energy PA LLC, d/b/a Sunrise Power & Gas ("Defendant"  and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby informs the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter.  The Parties anticipate that a notice of voluntary dismissal will be filed in the next sixty (60) days.  In the meantime, the Parties respectfully request that the Court vacate any and all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Dated: October 1, 2021          Respectfully submitted,

By: */s/ Anthony I. Paronich*
Anthony I. Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com


*Attorneys for Plaintiff, individually*
*and/on behalf of others similarly situated*

## CERTIFICATE OF SERVICE

I, hereby certify that on October 1, 2021, I served the foregoing through the Court's

CM/ECF system, which sent notice to all counsel of record. I have also sent the document to any

party that has not appeared.


*/s/ Anthony I. Paronich*
Anthony I. Paronich