IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>CAPITAL ENERGY PA LLC D/B/A SUNRISE POWER & GAS and JOHN DOE CORPORATION<br><br>       Defendants. | Case No. 2:21-cv-2982 |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO CAPITAL ENERGY PA LLC ONLY**

NOW COMES the parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Andrew Perrong hereby voluntarily dismisses all of his individual claims against Defendant Capital Energy PA LLC only ("Defendant") in this action with prejudice, each party to pay their own costs. The putative class claims against Defendant are hereby voluntarily dismissed without prejudice, each party to pay their own costs. Moreover, the Plaintiff's claim against the John Doe Corporation will continue.

Dated: November 9, 2021              Respectfully submitted,

By: /s/ Anthony I. Paronich

    Anthony I. Paronich (admitted *pro hac vice*)
    **PARONICH LAW, P.C.**
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Telephone: (508) 221-1510
    Email: anthony@paronichlaw.com

    *Attorney for Plaintiff*

By: /s/ John W. McGuinness (with permission)

    John W. McGuinness (admitted *pro hac vice*)
    A. Paul Heeringa (*pro hac vice* to be requested)
    **MANATT, PHELPS & PHILLIPS LLP**
    151 N. Franklin Street, Suite 2600
    Chicago, IL  60606
    Telephone: (312) 529-6308
    Email: jmcguinness@manatt.com
          pheeringa@manatt.com

    Frederick P. Santarelli
    Steven C. Tolliver Jr.
    **ELLIOTT GREENLEAF, P.C.**
    925 Harvest Drive, Suite 300
    Blue Bell, PA 19422
    Telephone: (215) 977-1000
    Email: fps@elliongreenleaf.com
          sct@elliottgreenleaf.com

    *Attorneys for Defendant Capital Energy PA*
    *LLC d/b/a Sunrise Power & Gas*

**CERTIFICATE OF SERVICE**

I, hereby certify that on November 9, 2021, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record. I have also sent the document to any party that has not appeared.

*/s/ Anthony I. Paronich*
Anthony I. Paronich