# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW PERRONG, individually and on
behalf of a class of all persons and entities
similarly situated,

        Plaintiff,

vs.

JOHN DOE CORPORATION

        Defendants.

Case No. 2:21-cv-2982

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Andrew

Perrong hereby voluntarily dismisses his claims against John Doe Corporation.

Dated: January 3, 2022

Respectfully submitted,

By: /s/ Anthony I. Paronich

    Anthony I. Paronich (admitted *pro hac vice*)
    **PARONICH LAW, P.C.**
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Telephone: (508) 221-1510
    Email: anthony@paronichlaw.com

    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, hereby certify that on January 3, 2022, I served the foregoing through the Court's

CM/ECF system, which sent notice to all counsel of record. I have also sent the document to any

party that has not appeared.


*/s/ Anthony I. Paronich*
Anthony I. Paronich